# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :        1:20-cv-562
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I __Carla G. Graff_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: _____

_____

_____

Office Telephone: _____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_____

_____

_____

My attorney Identification number is: _____

| FOR COURT USE ONLY |
| --- |
| ____ GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____  Date: _____ |
| __✓__ SPECIAL ADMISSION: |
| GRANTED BY THE COURT  s/John E. Jones III    Date: 4/6/2020 |