UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNYLVANIA

AARON HOPE, et al.                )
    Petitioners-Plaintiffs,      )
                                  )
v.                                )    Case No. 1:20-cv-00562
                                  )
CLAIR DOLL, et al.                )
    Respondents, Defendants.      )

## ORDER GRANTING MOTION TO RECONSIDER TEMPORARY RESTRAINING ORDER

Upon consideration of Respondents' Motion to Reconsider Temporary Restraining Order, it is **HEREBY ORDERED** the Motion is **GRANTED**.

Execution of the Court's April 7, 2020 Order is **STAYED** pending further Order of Court.

The Petitioners shall file a response to the Respondents' Motion by the close of business tomorrow, April 8, 2020.

Dated: April 7, 2020                    BY THE COURT:

                                                    s/ John E. Jones III
                                                    John E. Jones III
                                                    United States District Judge