UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNYLVANIA

| | |
|---|---|
| AARON HOPE, et al.           )<br>    Petitioners-Plaintiffs,  )<br>                              )<br>v.                            )<br>                              )<br>CLAIR DOLL, et al.            )<br>    Respondents, Defendants.  ) | Case No. 1:20-cv-00562 |

## **ORDER**

**April 8, 202**

The Court shall convene a telephonic conference with counsel for the parties on April 9, 2020 at 2:00 p.m.  Counsel shall use the following dial-in information to connect to the teleconference.

    Call-in Number: 1-888-684-8852

    Access Code: 8275348

    Security Code: 2222

Given the sheer number of counsel in this matter, the Court respectfully requests no more than 3 attorneys per side act as spokesperson during the call.

                                          s/ John E. Jones III
                                          John E. Jones III
                                          United States District Judge