IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON HOPE, *et al.*, | : | 1:20-cv-562 |
| Petitioners-Plaintiffs, | : | |
| v. | : | Hon. John E. Jones III |
| CLAIR DOLL, *in his official capacity as Warden of York County Prison, et al.*, | : | |
| Respondents-Defendants. | : | |

## ORDER

**April 10, 2020**

Respondents' *ex parte* Application to Stay all Proceedings Pending Appeal Authorization (Doc. 23) is **DENIED**.[1]

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge

---

[1] The Court disagrees entirely with the Respondents' contention that the Petitioners face no potential risk of irreparable harm if the Court were to deny their request. COVID-19 has proven to be a highly virulent transmissible infection that is already inside the walls of the Respondents' facilities. Petitioners all suffer from pre-existing conditions that render them exceptionally vulnerable to COVID-19 and places them at a greater risk of death than the average individual. It is the Court's considered view that Petitioners have carried their burden in favor of a TRO granting their release from civil immigration detention. We have already granted the Respondents' a brief stay in order to consider additional evidence and argument. We were not persuaded by Respondents' presentation then, and we are not persuaded now.