# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON HOPE, *et al.*, | : | 1:20-cv-562 |
| Petitioners-Plaintiffs, | : | |
| v. | : | Hon. John E. Jones III |
| CLAIR DOLL, *in his official capacity as Warden of York County Prison, et al.*, | : | |
| Respondents-Defendants. | : | |

## ORDER

**November 12, 2020**

The Court shall **DENY WITHOUT PREJUDICE** Petitioners' Emergency Motion for Temporary Restraining Order. (Doc. 34).[1]

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] We do so mindful of Petitioners' representations during today's status conference that they intend to re-file motions for preliminary relief that thoroughly address the requisite individualized factors previously outlined by the Third Circuit in this case. *See Hope v. Warden York Cty. Prison*, No. 20-1784, 2020 WL 5001785, at *13 (3d Cir. Aug. 25, 2020).