IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON HOPE, et al.,<br><br>      Plaintiffs-Petitioners,<br><br>vs.<br><br>CLAIR DOLL, in his official capacity as Warden of York County Prison, et al.,<br><br>      Defendants- Respondents. | Case No. 1:20-cv-00562<br>**Chief Judge John E. Jones III** |

## ORDER GRANTING MOTION TO DISMISS PETITIONER AVECILLA

COME NOW, this 16th day of December, 2020, after consideration of Petitioner's Unopposed Motion to Dismiss Petitioner Avecilla, it is hereby ORDERED that the motion is GRANTED. Petitioner shall be dismissed from the case. The portion of the docket in support of Petitioner contained in ECF No. 3-18 and in paragraph 26 of ECF No. 3 shall be withdrawn from the record.

BY THE COURT

_____
Hon. John E. Jones, Chief
United States District Judge

1