# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON HOPE, *et al.*, | : | 1:20-cv-562 |
|     Petitioners-Plaintiffs, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CLAIR DOLL, *in his official capacity as Warden of York County Prison, et al.*, | : | |
|     Respondents-Defendants. | : | |

## ORDER

### December 18, 2020

We are in receipt of Petitioners' notification of an ongoing discovery dispute in the above-captioned case and will order that this matter be immediately **REFERRED** to Magistrate Judge Martin Carlson for resolution.

                                              s/John E. Jones III

                                              John E. Jones III
                                              Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania