UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON HOPE, et al.,** | : | CIVIL NO. 1:20-CV-562 |
| | : | |
| Petitioner, | : | (Chief Judge Jones) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **CLAIR DOLL, et al.,** | : | |
| | : | |
| Respondents. | : | |

## **O R D E R**

AND NOW this 2d day of February 2021, briefing of the parties' discovery disputes is STAYED pending the resolution of the Report and Recommendation filed on February 1, 2021. (Doc. 54).

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1