**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

AARON HOPE, et al.,

          Plaintiffs-Petitioners,

vs.

CLAIR DOLL, in his official capacity as
Warden of York County Prison, et al.,

          Defendants- Respondents.

Case No. 1:20-cv-00562

**Chief  Judge John E. Jones III**

**Magistrate Judge Martin C.
Carlson**

## <u>ORDER GRANTING MOTION FOR EXTENSION OF TIME</u>

Having read and considered Petitioners' contested motion for a 30-day extension of time to file objections to the Report and Recommendation, and for good cause shown, it is on this 16th day of February 2021, ORDERED that Petitioners' motion be, and hereby is GRANTED. Objections to Magistrate Judge Carlson's Report and Recommendation on Mootness, ECF No. 54, shall be due on or before March 18, 2021.

BY THE COURT

<u>s/John E. Jones III</u>
Hon. John E. Jones, Chief
United States District Judge